UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 1

| | |
|---|---|
| AB SPECIALTY SILICONES LLC<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>        Defendant. | **S U M M O N S**<br><br>Court No. |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                   /s/ Mario Toscano
                   Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Chicago O'Hare Int'l Airport | Center (if known): | CEE009 |
| Protest Number: | 3901-20-106543 | Date Protest Filed: | February 5, 2020 |
| Importer: | AB Specialty Silicones LLC | Date Protest Denied: | October 24, 2024 |
| Category of Merchandise: | various silicon compounds | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| F2370100919 | Oct. 31, 2018 | Oct. 11, 2019 | F2370127482 | Sep. 4, 2019 | Oct. 11, 2019 |
| F2370126260 | Aug. 26, 2019 | Oct. 11, 2019 | F2370091746 | Oct. 31, 2018 | Oct. 11, 2019 |
| F2370120685 | Jul. 19, 2019 | Oct. 11, 2019 | F2370127417 | Sep. 14, 2019 | Nov. 29, 2019 |
| F2370121576 | Jul. 24, 2019 | Oct. 11, 2019 | F2370084493 | Oct. 31, 2018 | Oct. 11, 2019 |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Robert J. Becerra, B.C.S.
BECERRA LAW, P.A.
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
Email: rbecerra@rjbecerralaw.com

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Organo-Inorganic Other | 2910.90.9010/9903.88.04 | 3.7%/10% | 2931.90.9051<br>3910.00.0000 | 3.7%<br>3% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification decided as HTS 2931.90.9010 instead of HTS 2931.90.9051 or 3910.00.0000.

The issue which was common to all such denied protests:

Classification of the items from HTSUS 2931.90.9051 upon entry liquidated by CBP as HTSUS 2931.90.9010/9903.88.04 subject to Section 301 Tariffs

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

April 16, 2025
Date

## SCHEDULE OF PROTESTS

CEE009
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 3901-20-106543 | Feb. 10, 2020 | Oct. 24 2024 | F2370109381 | June 1, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370092405 | Jan. 12, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370122251 | July 27, 2019 | Oct. 11, 2019 | 3901 |
| | | Same for All Entries | F2370092983 | Jan. 4, 2019 | Oct. 11, 2019 | 3901 |
| Same Protest Number for All entries | Same for all Entries | | F2370103137 | Mar. 31, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370126948 | Sep. 5, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370084477 | Nov. 10, 2018 | Oct. 11, 2019 | 3901 |
| | | | F2370111080 | May 18, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370093403 | Jan. 10, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370111106 | May 21, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370122699 | Aug. 13, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370111163 | May 16, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370103145 | Mar. 31, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370128100 | Sep. 11, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370114498 | June 9, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370078883 | Oct. 2, 2018 | Oct. 4, 2019 | 3901 |
| | | | F2370078891 | Oct. 2, 2018 | Oct. 4, 2019 | 3901 |
| | | | F2370096703 | Feb. 4, 2019 | Oct. 4, 2019 | 3901 |
| | | | F2370102980 | Mar. 22, 2019 | Oct. 4, 2019 | 3901 |
| | | | F2370080061 | Oct. 17, 2018 | Oct. 4, 2019 | 3901 |
| | | | F2370079790 | Oct. 17 2018 | Oct. 4, 2019 | 3901 |
| | | | F2370082893 | Oct. 22, 2018 | Oct. 4, 2019 | 3901 |
| | | | F2370119992 | July 16, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370082992 | Oct. 31, 2018 | Oct. 11, 2019 | 3901 |
| | | | F2370120388 | July 11, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370084063 | Oct. 31, 2018 | Oct. 11, 2019 | 3901 |
| | | | F2370122707 | Aug 16, 2019 | Oct. 11,2019 | 3901 |
| | | | F2370115511 | June 13, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370122715 | July 17, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370122723 | Aug. 19, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370094211 | Jan. 9, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370116477 | Jun. 30, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370094914 | Jan. 17, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370106478 | Apr. 26, 2019 | Oct. 11, 2019 | 3901 |
| | | | F2370080285 | Oct. 5, 2018 | Oct. 4, 2019 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CE009

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 3901-20-106543 | Feb. 10, 2020 | Oct. 24, 2024 | F2370095648 | Feb. 4, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370096612 | Feb. 2, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370104960 | Apr. 17, 2019 | Oct. 11,2 019 | 3901 |
|  |  |  | F2370117343 | Jun. 30, 2019 | Oct. 11, 2019 | 3901 |
|  |  | Same for All Entries | F2370107260 | Apr. 25, 2019 | Oct. 11, 2019 | 3901 |
| Same Protest Number for all Entries | Same For all Entries |  | F2370096695 | Feb. 12, 2019 | Oct. 11,2019 | 3901 |
|  |  |  | F2370086100 | Dec. 3, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370106262 | Apr. 22, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370123564 | Aug.11, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370118143 | July 6, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370096711 | Feb. 21, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370107476 | Apr. 15, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370099913 | Mar. 11. 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370097552 | Feb. 27, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370084238 | Nov. 26, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370086886 | Nov. 29, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370098121 | Feb. 21, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370087256 | Dec. 7, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370118903 | July 5, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370123788 | Aug. 7, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370098139 | Feb. 22, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370109373 | May 30, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370089245 | Dec. 30, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370096729 | Feb. 6, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370119448 | July 5, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370104671 | Apr. 7, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370119760 | July 29, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370109951 | May 7, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370105827 | Apr. 13, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370099897 | Mar. 7, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370105835 | Apr. 28, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370119968 | July 25, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370091514 | Dec. 28, 2018 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370110819 | May 16, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370099905 | Mar. 11, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370116949 | Jun. 11, 2019 | Oct. 11, 2019 | 3901 |
|  |  |  | F2370106247 | May 6, 2019 | Oct. 11, 2019 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CE009
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 3901-20-106543 <br><br> Same Protest Number for all Entries | Feb. 10, 2020 <br><br> Same for all Entries | Oct. 24, 2024 <br><br><br> Same for All Entries | F2370111098 <br> F2370113805 <br> F2370119984 <br> F2370124455 <br> F2370086217 <br> F2370086423 <br> F2370089757 <br> F2370089765 <br> F2370128050 <br> F2370081358 | May 8, 2019 <br> June 3, 2019 <br> July 16, 2019 <br> Aug. 21, 2019 <br> Nov. 15, 2018 <br> Dec. 5, 2018 <br> Dec. 30, 2018 <br> Jan. 1, 2019 <br> Sep. 14, 2019 <br> No. 6, 2018 | Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct. 11, 2019 <br> Oct.4, 2019 | 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 <br> 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)