UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| AB SPECIALTY SILCONES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. 25-CV-00067 |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16 of the Court of International Trade and the Court's June 16, 2025 letter (ECF No. 25), the parties have met and conferred on a proposed schedule for this case. Plaintiff anticipates filing a consent motion to consolidate this case pursuant to C.I.T. Rule 42(a) with AB Specialty Silicones LLC v. United States, Case No. 25-cv-00099, which listed the instant case as a related pending case, as the factual and legal issues in both cases are so similar as to warrant consolidation. Accordingly, the parties jointly propose the attached schedule.

Respectfully Submitted,

**BECERRA LAW, P.A.**

/s/   Robert Becerra
Robert Becerra, B.C.S.
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134

(305) 375-0112
Email: rbecerra@rjbecerralaw.com
Counsel to Plaintiff

**GUNSTER, YOAKLEY &
STEWART, P.A.**

/s/ Peter Quinter
Peter A. Quinter, Esq.
600 Brickell Avenue
Suite 3500
Miami, Florida 33131
Ph: (305) 376-6016
Email: pquinter@gunster.com
Co-Counsel for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Commercial Litigation Branch
Department of Justice, Civil Division
26 Federal Plaza, Room 346
New York, N.Y. 10278
Attorneys for Defendant
212-264-0484
Counsel for the United States

Dated:       June 28, 2025

2