UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| AB SPECIALTY SILCONES LLC,<br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                    Defendant. | CASE NO. 25-CV-00067 |

## SCHEDULING ORDER

In consideration of the parties' Joint Proposed Scheduling Order, it is hereby

**ORDERED** that the above-captioned matter shall proceed in accordance

with the schedule set forth below:

1.      Any motion to consolidate shall be filed no later than July 7, 2025.

2.      Initial disclosures shall be served on or before August 21, 2025.

3.      Any motions on the pleadings or other preliminary matters shall be filed on or before September 2, 2025.

4.      Fact discovery shall be completed by April 21, 2026.

5.      Plaintiff's expert report(s), if any, shall be due on or before May 5, 2026.

6.      Defendant's expert report(s), if any, shall be due on or before June 5, 2026.

7.      Depositions of any expert witnesses shall be completed by July

6, 2026.

8.      Any motions regarding discovery shall be filed no later than August 6, 2026.

9.      Dispositive motions, if any, shall be filed on or before September 16, 2026, and a brief in response to a dispositive motion may include a dispositive cross-motion.

10.     If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before September 23, 2026.


SO ORDERED.


                                            _____
                                                    Judge


Dated: _____, 2025
New York, NY